UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:00-cr-316-T-23MAP
    8:05-cv-555-T-23MAP

JOHNATHAN GAINES

_____/

**O R D E R**

Gaines' motion to vacate sentence pursuant to 28 U.S.C. § 2255 was dismissed (Doc. 4) as time-barred and because the claims he asserts are meritless. Gaines challenges the dismissal in an "Objection to Magistrate's Report and Recommendation" (Doc. 6), which is construed as a motion for reconsideration.

This court is bound by the decisions of the Eleventh Circuit Court of Appeals that *Blakely v. Washington*, ___ U.S. ___, 124 S. Ct. 2531 (2004), and *United States v. Booker*, ___ U.S. ___, 125 S. Ct. 738 (2005), do not apply to cases on collateral review. *See In re Dean*, 375 F.3d 1287, 1290 (11th Cir. 2004) ("Because *Blakely,* like *Ring [v. Arizona,* 536 U.S. 584 (2002)], is based on an extension of *Apprendi [v. New Jersey,* 530 U.S. 466 (2000)], Dean cannot show that the Supreme Court has made that decision retroactive to cases already final on direct review."), and *In re Anderson*, 396 F.3d 1336, 1339 (11th Cir. 2005) ("Regardless of whether *Booker* established a 'new rule of constitutional law' within the meaning of §§ 2244(b)(2)(A) and 2255, the Supreme Court has not expressly declared *Booker* to be retroactive to cases on collateral review.").

Accordingly, the "Objection to Magistrate's Report and Recommendation" (Doc. 6), construed as a motion for reconsideration, is **DENIED**.

ORDERED in Tampa, Florida, on May 6, 2005.

_____
**STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE**

SA/ro